UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1557

IN RE: SEARCH WARRANT FOR      :
                               :
                               :   ORDER TO SEAL
                               :   APPLICATION AND AFFIDAVIT
100 Jewel Stone Lane           :   FOR SEARCH WARRANT
Morrisville, North Carolina    :

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, and the instant Motion to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office, Internal Revenue Service, and Homeland Security Investigations.

This the  11  day of August, 2011.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE